United States District Court
Southern District of Texas
**ENTERED**
August 12, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. 5:17-CV-103 |
| OSCAR N LIGHTNER; aka DR. OSCAR LIGHTNER, *et al.*, | § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

For reasons stated in the Court's Memorandum and Order entered on this date, it is hereby **ORDERED** that—

1. Defendant's Motion for Summary Judgment (Dkt. No. 45) is **GRANTED**.

2. Plaintiff, or its successors or assigns, may proceed with foreclosure of the real property located at 214 Jordan Drive, Laredo, Texas, 78041 as provided in the Security Agreement (Dkt. No. 45-1 at 15–22) and consistent with Texas Property Code § 51.002.

3. Plaintiff may communicate with the Lightners and all third parties reasonably necessary to conduct the foreclosure sale.

It is so **ORDERED**.

**SIGNED** August 12, 2019.

_____
Marina Garcia Marmolejo
United States District Judge